**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6064**

RESTONEY ROBINSON,

Plaintiff - Appellant,

versus

W. DOUGLAS ALBRIGHT, SR., Resident Judge;
CARRIE A. MOCK; PRISONER LEGAL SERVICE,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., Chief District Judge. (CA-99-271-1)

Submitted: March 23, 2000          Decided: March 30, 2000

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Restoney Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Restoney Robinson filed an action alleging denial of access to courts and challenging his conviction. We affirm, on the reasoning of the district court, the district court's order adopting the magistrate judge's recommendation and dismissing the denial of access to courts claim. See Robinson v. Albright, No. CA-99-271-1 (M.D.N.C. Nov. 15, 1999). To the extent that Robinson challenges his conviction, the district court was without jurisdiction to consider the claim because Robinson failed to obtain authorization from this court under 28 U.S.C.A. § 2244 (West Supp. 1999). Therefore, we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED